472 A.2d 264

Prutzman v. Erie Ins. Group, Appellant.

Submitted January 17, 1984. Clemson N. Page, Jr., for appellant; Kenneth E. Sands, Jr., for appellees.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order reversed and record remanded with instructions.

Jurisdiction is not retained.

472 A.2d 265

Wells, Appellant, v. Erie Ins. Co.

Argued December 15, 1983. Allen L. Feingold, for appellant; Russell M. Nigro, for appellee.

Before SPAETH, P.J., and CIRILLO and JOHNSON, JJ.

The order of the trial court is affirmed. Appellant's request for counsel fees and costs is denied.